UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-21871-CIV-KING-BANDSTRA

JAMES A. BACON, MARK PALAKOVICH,
and MARION BURK, individually and
on behalf of others similarly situated,

        Plaintiffs,

vs.

STIEFEL LABORATORIES, INC., a
Delaware corporation, et al.

        Defendants.

_____/

## JOINT MOTION FOR STATUS CONFERENCE

THE PARTIES TO THIS ACTION, through their undersigned counsel, move this Court for an order setting a status conference as follows:

1.    The Complaint in this cause was filed on July 7, 2009. Following Motions to Dismiss by the Defendants, the Court entered an Order Granting Motions to Dismiss in Part on January 4, 2010.

2.    The Plaintiffs filed an Amended Complaint on February 8, 2010. Defendants again moved to dismiss, and this Court entered an Order on Motions to Dismiss on May 27, 2010 that denied the Motions to Dismiss as to Counts 1-4 as to all Defendants (collectively the "Stiefel Defendants") other than Terrence Bogush and Bogush & Grady, LLP, whose motion to dismiss was granted with prejudice [DE 69].

3.    The parties have exchanged Initial Disclosures under Rule 26(a)(1). The parties filed their Joint Conference Report [DE 32] on October 16, 2009. To date, the Court has not issued a Scheduling Order.

4.    This is a complex putative class action case. Counsel believe that it will be helpful to have a status conference in order to implement a Scheduling Order that will be realistic and consistent with the Court's schedule and policies in similar cases, and to discuss with the Court such other matters as are in the best interests of the administration of this case.

5.      Counsel for the Plaintiffs and Defendants have conferred and coordinated their calendars. Due to conflicts with summer vacations and trials in which those counsel are involved, the parties suggest that the following dates are ___not___ available:

- June 15-17
- June 18-July 23 (June 18-25 are available if Beth-Ann Krimsky, Esq. may attend by telephone)
- July 29-August 10
- August 16
- August 25

WHEREFORE, the parties respectfully request that the Court set a date for a status conference that does not conflict with the above referenced dates.

### CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either 6a transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| GREENBERG TRAURIG, P.A.<br>*Counsel for Defendants*<br>1221 Brickell Avenue<br>Miami, Florida 33131<br>(305) 579-0500; Fax: (305) 579-0717 | SEGALL GORDICH P.A.<br>*Counsel for Plaintiffs*<br>801 Brickell Ave., Suite 900<br>Miami, Florida 33131<br>(305) 755-7442; Fax: (305) 438-7438 |
| /s/ David A. Coulson<br>DAVID A. COULSON,<br>Florida Bar No. 176222<br>coulsond@gtlaw.com<br>HILARIE BASS,<br>Florida Bar No. 334243<br>bassh@gtlaw.com<br>DANIELLE N. GARNO<br>Florida Bar No. 492027<br>garnod@gtlaw.com | /s/ Norman S. Segall<br>NORMAN S. SEGALL,<br>Florida Bar No. 158302<br>NSS@SegallGordich.com<br>MELISSA ALAGNA,<br>Florida Bar No. 40555<br>MMA@SegallGordich.com<br><br>RUDEN McCLOSKY, P.A.<br>*Co-Counsel for Plaintiffs*<br>200 E. Broward Boulevard., Suite 1500<br>Fort Lauderdale, Florida 33301<br>(954) 764-6660; Fax:  (954) 333-4227<br><br>/s/ Beth-Ann Krimsky<br>BETH-ANN KRIMSKY, FBN 968412<br>Beth-Ann.Krimsky@Ruden.com<br>ANDREW M. GORDON, FBN 68886<br>Andrew.Gordon@Ruden.com |

**SERVICE LIST**
**Bacon v. Stiefel Laboratories, Inc., at. al.**
**Case No. 09-CV-21871-KING/BANDSTRA**
**United States  District Court, Southern District of Florida**

Hilarie Bass, Esquire
bassh@gtlaw.com
David A. Coulson, Esquire
coulsond@gtlaw.com
Danielle N. Garno
garnod@gtlaw.com
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Tele: (305) 579-0500
Fax: (305) 579-0717

Todd Wozniak, Esquire
wozniakt@gtlaw.com
3290 Northside Parkway, Suite 400
Atlanta, GA 30327
Tele: (678) 553-2100
Fax: (678) 553-2212
Admitted Pro Hac 6ce