IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-21871-CV-KING

JAMES A. BACON, KARL F. POPP,
and MARION BURK, individually and
on behalf of others similarly situated,

      Plaintiffs,

vs.

STIEFEL LABORATORIES, INC., a
Delaware corporation, CHARLES W.
STIEFEL, BRENT D. STIEFEL, TODD
STIEFEL, LODEWIJK DE VINK,
COMMITTEE MEMBER #1, COMMITTEE
MEMBER #2, COMMITTEE MEMBER
# 3, MATT S. PATULLO, TERRENCE N.
BOGUSH, and BOGUSH & GRADY, LLP.,
a New York Limited Liability Partnership,

      Defendants.
_____/

## ORDER DENYING MOTION FOR STATUS CONFERENCE

THIS CAUSE comes before the Court upon the parties' Joint Motion for Status Conference (DE #72). The Court has reviewed the Motion, but sees no need for a Court-mediated status conference at this time. Although this appears to be a complex case, the Court sees no reason at this time to deviate from normal scheduling practice. Accordingly, after careful consideration and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** that the Motion for Status Conference (DE #72) be, and the same is hereby **DENIED**. A Scheduling Order will follow by separate Order.

**DONE AND ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this 8th day of June, 2010.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**Cc:**
**Counsel for Plaintiffs**
Beth-Ann Ellenberg Krimsky
Ruden McClosky Smith Schuster & Russell
200 E Broward Boulevard
15th Floor PO Box 1900
Fort Lauderdale, FL 33302-1900
954-764-6660
Fax: 333-4027
Email: beth-ann.krimsky@ruden.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Norman S. Segall
Segall/Gordich P.A.
801 Brickell Avenue
Suite 900
Miami, FL 33131
305-755-7442
Fax: 786-375-5095
Email: nss@segallgordich.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Melissa Alagna
Ruden McClosky Smith Schuster & Russell
701 Brickell Avenue
Suite 1900
Miami, FL 33131
Email: mma@segallgordich.com
ATTORNEY TO BE NOTICED

**Counsel for Defendants**
Danielle N. Garno
Greenberg Traurig
1221 Brickell Avenue
Miami, FL 33131
305.579.0735
Fax: 305.579.0717
Email: garnod@gtlaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

David A. Coulson
Greenberg Traurig
1221 Brickell Avenue
Miami, FL 33131
305-579-0500
Fax: 305-579-0717
Email: coulsond@gtlaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Hilarie Bass
Greenberg Traurig
1221 Brickell Avenue
Miami, FL 33131
305-579-0745
Fax: 579-0717
Email: bassh@gtlaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Sandra Jessica Millor
Greenberg Traurig
1221 Brickell Avenue
Miami, FL 33131
305-579-0774
Fax: 305-579-0717
TERMINATED: 04/26/2010
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Todd D. Wozniak
Greenberg Traurig
3290 Northside Parkway
The Forum Suite 400
Atlanta, GA 30327

678-553-2100
Fax: 678-553-2212
Email: wozniakt@gtlaw.com
PRO HAC VICE
ATTORNEY TO BE NOTICED