UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-21871-KING/BANDSTRA

JAMES A. BACON, MARK PALAKOVICH, and )
MARION BURK, individually and on behalf of )
others similarly situated, )
)
        Plaintiffs, )
)
v. )
)
STIEFEL LABORATORIES, INC., a Delaware )
corporation, CHARLES W. STIEFEL, BRENT D. )
STIEFEL, TODD STIEFEL, LODEWIJK DE VINK, )
STEVE KARASICK, MICHAEL CORNELIUS, and )
MATT S. PATTULLO, )
)
        Defendants. )
)
)

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF LINDSEY CAMP EDELMANN

**THIS CAUSE** comes before the Court upon the Motion for *Pro Hac Vice* Admission of Lindsey Camp Edelmann.

**THE COURT** has considered the motion and all other relevant factors, and being otherwise adequately advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the motion is GRANTED. Lindsey Camp Edelmann is granted leave to appear *pro hac vice* as counsel for Defendants Stiefel Laboratories, Inc., Charles W. Stiefel, Brent D. Stiefel, Todd Stiefel, Lodewijk de Vink, Steve Karasick, Michael Cornelius, and Matt S. Pattullo. The Clerk shall provide electronic notification of all electronic filings to Lindsey Camp Edelmann at edelmannl@gtlaw.com.

CASE NO.: 09-21871-KING/BANDSTRA

**DONE AND ORDERED** in Chambers at Miami, Florida this 19th day of July, 2010.

*[signature: James Lawrence King]*
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record