IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 09-21871-CV-KING/McALILEY

JAMES A. BACON, et al.,

     Plaintiffs,

vs.

STIEFEL LABORATORIES, INC., et al.,

     Defendants.

_____/

## AGREED ~~PROPOSED~~ ORDER

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion to Exclude Testimony of Defendants' Expert Witness Allen Ferrell (the "Motion")  (DE #278).  Upon review of the Motion and Defendants' Response with an attached Agreed Proposed Order to the effect that Ferrell has been withdrawn as a trial witness, and being otherwise fully advised, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that Plaintiffs' Motion **(DE #278)** is **DENIED WITHOUT PREJUDICE** as moot and further that, if a class of Plaintiffs is ultimately certified following appeal and any further adjudication before this Court, Defendants may reinstate Ferrell as an expert witness by notice within ten (10) days of any Order by this Court certifying a class of plaintiffs, at which time Plaintiffs may reinstate the Motion by notice within ten (10) days thereafter. Defendants will then have fourteen (14) days to respond to the Motion, and Plaintiffs will have seven (7) days thereafter to file a reply brief, if they desire.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this *30* day of *Aug*, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record