UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21871-CV-KING/McALILEY

TIMOTHY FINNERTY,

    Plaintiff,

vs.

STIEFEL LABORATORIES, INC., a
Delaware Corporation, *et. al.*,

    Defendants,
_____ /

## FINAL JUDGMENT

    This action was tried by a jury with Judge James Lawrence King presiding. On May 16, 2012, the jury rendered a verdict for Plaintiff in the amount of $1,502,484.90. (*See* DE #515). After stipulating to the dismissal of remaining Counts 1 and 2 set to be tried June 25, 2012 (DE #524), Plaintiff filed a Motion for Entry of Judgment (DE #527), seeking the verdict amount, plus pre-judgment interest pursuant to Section 687.01 of the Florida Statutes. Defendant filed a Response (DE #530) on June 27, 2012, opposing Plaintiff's request for pre-judgment interest. Plaintiff replied on June 28, 2012 (DE #532).

    Upon careful consideration of the pleadings and pursuant to Federal Rules of Civil Procedure 54 and 58, final judgment is hereby entered in favor of Plaintiff Timothy Finnerty and against Defendants Charles Stiefel and Stiefel Laboratories, Inc. Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** that Timothy Finnerty recover from Charles Stiefel and Stiefel Laboratories, Inc. $1,502,484.90 in damages and $263,523.20 in pre-judgment interest, for a total of $1,766,018.10, plus $195.53 per day from June 25, 2012 to the date of this

Final Judgment in prejudgment interest, for which let execution issue.

Appropriate costs, if any, will be taxed by separate motion and order. Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

Any pending motions are hereby denied as moot.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 9th day of July, 2012.

                                      JAMES LAWRENCE KING
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
All Counsel of Record